UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JULIA MANCEBO, et al

                Plaintiff

                -against-              AFFIDAVIT OF SERVICE
                                                  CV 07 5602

THE CITY OF NEW YORK, et al.

                Defendants
-----------------------------------------------------X
THIS ACTION IS ASSIGNED TO JUDGE HOLWELL

This document was filed electronically

      MICHAEL COLIHAN, an attorney admitted to practice in all the courts of the state of New York & in this Court, affirms the truth of the following under penalties of perjury:

      1. I am over eighteen years of age and reside in the state of New York & am not a party to this action.

      2. On June 18, 2007 at approximately 9:41 AM at 100 Church Street, NY, NYI served the Subpoena in a civil case in this action upon THE CITY OF NEW YORK, by delivering a true copy of each to MADELYN SANTANA a person of suitable age & discretion, who represented to me that she was authorized to accept same..

      3. Your affirming further describes said MS. SANTANAs follows.
Hispanic female about 30 years in age, 5 feet 5 inches in height, about 110 lbs with black hair .

                                        _____ss_____
                                        MICHAEL COLIHAN, ESQ.


AFFIRMED UNDER PENALTIES OF PERJURY
JUNE 18, 2007.