UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JULIA MANCEBO & ANGELA HERRERA

                Plaintiff

      -against-                AFFIDAVIT OF SERVICE
                                         CV-07 5602

THE CITY OF NEW YORK, et al.

                Defendants
--------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF KINGS)   ss:

       DAVID LANDSBERG, being duly sworn, deposes & says:

       1. I am over eighteen years of age and reside in the state of New York.

       2. On June 22, 2007, at 1:50 PM at the 830 4th Avenue, Brooklyn, NY   I served the Summons and Complaint herein upon Ashraf Ahmed one of the defendants herein, by delivering a true copy of each to SPA Petitford,   a person of suitable age & discretion, who represented he was authorized to accept same. Said premises is defendant's actual place of business.

       3. Your affirming further describes said SPA PETITFORD, as follows: African American female about 21-35 years in age, 5' 8" in height, approximately 131-160lbs, with black hair.

                                    _____/s/_____
                                      DAVID LANDSBERG # 1195435

Sworn to me this 27th day of June, 2007.

/ss/
Notary Public, State of New York
# 4808398 Qual Kings County
Comm Expires 7/29/2009

Case 1:07-cv-05602-RJH   Document 5   Filed 06/27/2007   Page 2 of 2