AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

JULIA MANCEBO et. al.

v.

CITY OF NEW YORK & PO AHMED

APPEARANCE

Case Number: 07CV5602(RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York & Officer Ahmed
by: David M. Pollack, Assistant Corporation Counsel
Replacing Basil C. Sitaras, Assistant Corporation Counsel
New York City Department of Law
100 Church Street, Rm. 3-146
New York, NY 10007
(212) 788-1894

I certify that I am admitted to practice in this court.

September 6, 2007
Date

Signature

David M. Pollack, ACC
Print Name

DP/3873
Bar Number

100 Church Street, Room 3-146
Address

New York, New York   10007
City                State           Zip Code

(212) 788-1894
Phone Number

(212) 788-9776
Fax Number