UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JULIA MANCEBO,                                      :      07 Civ. 05602 (RJH)

                    Plaintiff,            :

    -against-                                             :      **ORDER**

CITY of NEW YORK, et al,                            :

                    Defendant.            :

-----------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 1/11/08*

     The pre-trial conference scheduled for January 25, 2008 is rescheduled to March 06, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 10, 2008
SO ORDERED:

                                                  Richard J. Holwell
                                                United States District Judge