UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

-----------------------------------------------------------x

JULIA MANCEBO,  :  07 Civ. 05602 (RJH)

                Plaintiff,  :

      -against-  :  **ORDER**

CITY of NEW YORK, et al,  :

               Defendant.  :

-----------------------------------------------------------x

       The pre-trial conference scheduled for March 06, 2008 is rescheduled to March 18, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
February 26, 2008
SO ORDERED:

                                            Richard J. Holwell
                                            United States District Judge