```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JULIA MANCEBO and ANGELA HERRERA,

                          Plaintiffs,

            -against-

THE CITY OF NEW YORK, POLICE OFFICER
AHMED, POLICE OFFICER JOSEPH LaROSA Shield
#27859 & POLICE OFFICER ROBERT WHITE Shield
#30782,

                          Defendants.

------------------------------------------------------------------- x

STIPULATION OF
SETTLEMENT AND
ORDER OF DISMISSAL

07 CV 5602 (RJH)



RECEIVED
MAR 28 2008
CHAMBERS OF
RICHARD J. HOLWELL

       **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about June 12, 2007, alleging that defendants violated plaintiffs' federal civil and state common law rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **WHEREAS,** plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.  The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.  The City of New York hereby agrees to pay plaintiff Mancebo the sum of Twelve Thousand Five Hundred ($12,500.00) Dollars and plaintiff Herrera the sum of Twelve Thousand Five Hundred ($12,500.00) Dollars, in full satisfaction of all claims, including for attorney's fees, costs and expenses. In consideration for the payment of these sums, plaintiffs agree to dismissal of all the claims against defendants, and to release defendants, and any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3.  Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4.  Nothing contained herein shall be deemed to be an admission by the defendants that defendants have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
    March 24, 2008

MICHAEL COLIHAN
Attorney for Plaintiffs
44 Court Street, Room 911
Brooklyn, NY 11201
(718) 488-7788

By: _____
    MICHAEL COLIHAN (MC-0886)

MICHAEL A. CARDOZO
Corporation Counsel of the
    City of New York
Attorney for Defendants the City of New York, Officers Ashraf Ahmed, Joseph LaRosa, and Robert White
100 Church Street, Room 3-146
New York, New York 10007
(212) 788-1894

By: _____
    DAVID M. POLLACK (DP 3873)
    Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.
4/8/08

The Clerk is requested to close this case

- 3 -